UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYSON HARRIS, et al., | No. 2:17-cv-2702 KJM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| TULARE COUNTY SOCIAL SERVICES, et al., | |
| Defendants. | |

Plaintiff, Jamyson Harris, is proceeding in this action pro se.[1] This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff has filed a complaint and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

It appears from reading the allegations of plaintiff's complaint that the events at issue in this action took place in Tulare County. The United States District Court for the Eastern District of California sits in Fresno as well as in Sacramento. Intra-district venue is governed by Local Rule 120(d), which provides as follows:

/////

---

[1] Although the caption of the complaint identifies additional plaintiffs, the complaint and request to proceed in forma pauperis are signed only by plaintiff Jamyson Harris.

1

> Commencement of actions. All civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare, and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California . . . .

In the present case, it appears that the events at issue occurred in Tulare County and, therefore, this action should have been commenced in the Fresno Division of the court. When an action has not been filed in the proper division of this court, the court may, on its own motion, transfer the action to another venue within the district. See Local Rule 120(f). The undersigned will therefore order this action transferred to the Fresno Division of the court for all further proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno for all further proceedings; and

2. All future filings shall reference the new Fresno case number to be assigned and shall be filed only at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\harris2702.transfer.ord