# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYSON HARRIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>TULARE COUNTY SOCIAL SERVICES, et al.,<br><br>        Defendants. | 1:18-cv-00699-LJO-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

Plaintiff Jamyson Harris, proceeding pro se, filed this civil action on December 28, 2017, along with an application to proceed in forma pauperis. (Doc. Nos. 1 and 2.) The action was transferred to this Court on May 23, 2018. (Doc. No. 3.) Upon review, Plaintiff's form application to proceed in forma pauperis is not complete. Plaintiff has identified wages in the amount of $750.00 per month, but also has indicated that he receives Social Security income. It is unclear from the application, however, the amount received in Social Security income and what Plaintiff expects to continue to receive. Accordingly, IT IS HEREBY ORDERED that:

    1. Within thirty (30) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

    2. No extension of time will be granted without a showing of good cause; and

    3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

    Dated: **July 17, 2018**                    /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE