UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYSON HARRIS, | No. 1:18-cv-00699-LJO-BAM |
| Plaintiff, | **ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** |
| v. | |
| TULARE COUNTY SOCIAL SERVICES, et al., | (Doc. Nos. 2, 8) |
| Defendants. | |

Plaintiff Jamyson Harris is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims

for relief against the named defendants.  The Court will screen Plaintiff's complaint in due course.[1]

IT IS SO ORDERED.

Dated: **August 1, 2018**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Upon screening, the Court also will address Plaintiff's pending motions to amend the complaint and motion for relief.  (Doc. Nos. 4, 5, and 8.)

2