# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYSON HARRIS,<br><br>      Plaintiff,<br><br>  vs.<br><br>TULARE COUNTY SOCIAL SERVICES, et al.,<br><br>      Defendants. | 1:18-cv-00699-LJO-BAM<br><br>ORDER DENYING PLAINTIFF'S APPLICATIONS FOR LEAVE TO PRESENT A LATE CLAIM<br><br>(Doc. Nos. 5 and 8)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF FROM DECISION DENYING LEAVE TO PRESENT A LATE CLAIM<br><br>(Doc. No. 10) |

    Plaintiff Jamyson Harris, proceeding pro se and in forma pauperis, filed this civil action on December 28, 2017. (Doc. No. 1 and 2.) The action was transferred to this court on May 23, 2018. (Doc. No. 3.)

    On July 2, 2018, Plaintiff filed a motion seeking leave to present a late claim pursuant to California Government Code § 911.4. (Doc. No. 5.)

    On July 30, 2018, Plaintiff filed a second motion seeking leave to present a late claim pursuant to California Government Code § 911.4. (Doc. No. 8.)

    On August 13, 2018, Plaintiff filed a request that this court "reverse the decision of denial" by the Tulare County Board of Supervisors regarding Plaintiff's application to present a late claim pursuant to California Government Code § 911.4. (Doc. No. 10.)

**<u>Applications to Present Late Claim</u>**

    Before suing a public entity or its employees for state law torts, a plaintiff must first present a timely written tort claim to the relevant public entity no later than six months after the

1

cause of action accrued. See Cal. Gov't Code § 911.2 ("A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented...not later than six months after the accrual of the cause of action."). If the claim is not presented within that time, a written application may be made to the public entity for leave to present the late claim. Id. § 911.4. The application must be presented to the public entity "within a reasonable time not to exceed one year after the accrual of the cause of action and shall state the reason for the delay in presenting the claim." Id.

Plaintiff's applications for leave to file a late claim are not properly before this court and shall be denied. Pursuant to statute, applications for leave to file a late claim must be submitted to "the public entity," not the district court. Cal. Gov't § 911.4(a), (b). Further, based on the record before the court, Plaintiff already has submitted an application to present a late claim with the Tulare County Board of Supervisors, which was returned without action being taken because the application was not presented within a year after accrual of the cause of action. (Doc. No. 10 at 2.)

**Petition for Review of Denial to Present Late Claim**

Plaintiff now asks the court for relief from Tulare County's refusal to act on his section 911.4 application to present a late claim. (Doc. No. 10.) If an application to present a late claim is denied or deemed to be denied, then the claimant's recourse is to file a petition with "a superior court that would be a proper court for the trial of an action on the cause of action to which the claim relates." Id. § 946.6.

The court construes Plaintiff's request for relief as a petition under section 946.6. However, the district court does not have jurisdiction to rule on a § 946.6 petition, as only state superior courts have been given the authority to grant relief pursuant to section 946.6. See San Diego Branch of Nat'l Ass'n for the Advancement of Colored People v. Cty. of San Diego, No. 16-CV-2575-JLS (BGS), 2017 WL 5194579, at *2-3 (S.D. Cal. Nov. 9, 2017) (following majority of cases which hold that the district court does not have jurisdiction to grant relief under section 946.6 and concluding that only state superior courts have been given the authority to grant relief); see also Payne v. California, No. 1:17-cv-00906-DAD-SMS, 2018 WL 835333, at

*4 (E.D. Cal. Feb. 13, 2018) (noting that if leave to present a late claim is denied, then a claimant may seek relief from the timeliness provisions in "superior court.").

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's applications to present a late claim pursuant to California Government Code § 911.4 are DENIED; and

2. Plaintiff's petition for relief pursuant to California Government Code § 946.6 is DENIED.

IT IS SO ORDERED.

    Dated: **February 13, 2019**      /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE