# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMYSON HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TULARE COUNTY SOCIAL SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00699-LJO-BAM<br><br>ORDER STRIKING PLAINTIFF'S UNSIGED MOTION OF DISMISSAL<br><br>(Doc. No. 15) |

　　　Plaintiff Jamyson Harris is proceeding *pro se* and *in forma pauperis* in this civil action. On March 4, 2019, Plaintiff filed a document entitled "Motion of Dismissal," which seeks dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 15.) However, the motion is not signed, and the signature line is blank.

　　　Unsigned filings cannot be considered by the Court, and therefore the filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131. Each document submitted for filing must be signed by the filing party. Local Rule 131(b); Fed. R. Civ. P. 11(a). Accordingly, the motion filed on March 4, 2019 (Doc. No. 15), is STRICKEN from the record for lack of signature. Plaintiff may re-file the document with his original signature for the Court's consideration.

IT IS SO ORDERED.

　　Dated: __March 7, 2019__　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1